# ARMED SERVICES BOARD OF CONTRACT APPEALS

| | | |
|---|---|---|
| Appeals of -- | ) | |
| | ) | |
| Eltron Research, Inc. | ) | ASBCA Nos. 58466, 58923 |
| | ) | |
| Under Contract Nos. DAAD19-03-C-0041 | ) | |
| DAAH01-02-C-R008 | ) | |
| M67854-04-C-3104 | ) | |
| 2 R440H007465-02 | ) | |
| DE-FC26-97FT96052 | ) | |
| DE-FC26-00NT40762 | ) | |
| DE-FC26-05NT42469 | ) | |
| DE-FG02-03ER83645 | ) | |
| DE-FG02-03ER83867 | ) | |
| DE-FG02-04ER83935 | ) | |
| DE-FG02-04ER83939 | ) | |
| DE-FG03-00ER82996 | ) | |
| DE-FG03-00ER82998 | ) | |
| DE-FG03-01ER83235 | ) | |
| DE-FG03-01ER83239 | ) | |
| DE-FG03-99ER82782 | ) | |
| FA9300-08-C-1008 | ) | |
| FA9550-09-C-0084 | ) | |
| W911QX-12-C-0013 | ) | |

APPEARANCES FOR THE APPELLANT:         Thomas A. Lemmer, Esq.
                                       Christopher W. Myers, Esq.
                                         McKenna Long & Aldridge LLP
                                         Denver, CO

APPEARANCES FOR THE GOVERNMENT:        E. Michael Chiaparas, Esq.
                                         DCMA Chief Trial Attorney
                                       Lawrence S. Rabyne, Esq.
                                         Trial Attorney
                                         Defense Contract Management Agency
                                         Arlington Heights, IL

## ORDER OF DISMISSAL

The dispute has been settled. The appeals are dismissed with prejudice.

Dated: 28 April 2015

DAVID W. JAMES, JR.
Administrative Judge
Armed Services Board
of Contract Appeals


I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA Nos. 58466, 58923, Appeals of Eltron Research, Inc., rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals

2